**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
Max S. Roberts (*Pro Hac Vice* Forthcoming)
Victoria X. Zhou (*Pro Hac Vice* Forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com
mroberts@bursor.com
vzhou@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KIRSTIE SEMIEN, MICHAEL SELBY, GILBERT GAW, LOGAN MITCHELL, and JANE DOE, individually and on behalf of all other persons similarly situated,

Plaintiffs,

v.

PUBMATIC, INC.,

Defendant.

Case No. 3:25-cv-03164-SI

**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO AMEND BRIEFING SCHEDULE**

Pursuant to N.D. Cal. L.Rs. 6-1(b) and 6-2, Plaintiffs Kirstie Semien, Michael Selby, Gilbert Gaw, Logan Mitchell and Jane Doe ("Plaintiffs") and Defendant PubMatic, Inc. ("Defendant") (together, the "Parties") respectfully submit this Joint Stipulation and [Proposed] Order and state as follows:

WHEREAS, on April 8, 2025, Plaintiffs filed their Complaint against Defendant (ECF No. 1);

WHEREAS, on May 22, 2025, Plaintiffs' filed an Unopposed Motion to Extend Time for Defendant to Respond to the Complaint that extended Defendant's deadline to answer or otherwise respond from May 21, 2025 to July 21, 2025 (ECF No. 12);

WHEREAS, on July 18, 2025, the Parties stipulated to extend Defendant's deadline to respond to Plaintiffs' Complaint from July 21, 2025 to August 15, 2025 (ECF No. 19);

WHEREAS, on August 15, 2025, Defendant filed its Motion to Dismiss Plaintiffs' Complaint, thereby causing Plaintiffs' Opposition to be due on August 29, 2025 and Defendant's Reply due September 5, 2025 (ECF No. 29);

WHEREAS, the hearing on the Motion is currently set for October 10, 2025 (ECF No. 29);

WHEREAS, in order to give Plaintiffs adequate time to respond to Defendant's Motion, the Parties have stipulated to extend the deadline for Plaintiffs to respond by 30 days.

NOWWHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

The deadline to file Plaintiffs' Opposition to Defendant's Motion to Dismiss or file an Amended Complaint be extended from August 29, 2025 to September 29, 2025.

The deadline to file Defendant's Reply in Further Support of its Motion to Dismiss be extended from October 6, 2025 to October 14, 2025.

The hearing on Defendant's Motion to Dismiss be continued from October 10, 2025 to November 14, 2025.

Respectfully submitted,

Dated: August 22, 2025

**BURSOR & FISHER, P.A.**

By: _/s/ Philip L. Fraietta_
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
Max S. Roberts (*Pro Hac Vice* Forthcoming)
Victoria X. Zhou (*Pro Hac Vice* Forthcoming)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com
mroberts@bursor.com
vzhou@bursor.com

**BURSOR & FISHER, P.A.**
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: jwilner@bursor.com

*Attorneys for Plaintiffs*

Dated: August 22, 2025

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: _/s/ Marc H. Axelbaum_
Marc H. Axelbaum

Marc H. Axelbaum (SBN: 209855)
maxelbaum@mintz.com
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone: 415.432.6000
Facsimile: 415.432.6001

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
Scott T. Lashway (admitted *pro hac vice*)
slashway@mintz.com
Mara A. O'Malley (admitted *pro hac vice*)
momalley@mintz.com

Mitchell J. Clough (admitted *pro hac vice*)
mjclough@mintz.com
One Financial Center
Boston, Massachusetts 02111
Telephone: 617.542.6000
Facsimile: 617.542.2241

*Attorneys for Defendant*
*PubMatic, Inc.*

**L.R. 5-1(i) ATTESTATION**

I, Philip L. Fraietta, attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

**~~[PROPOSED]~~ ORDER**

Upon review of the foregoing stipulation and the Declaration of Philip L. Fraietta in support, and finding good cause for the same, the Court hereby orders:

The deadline to file Plaintiffs' Opposition to Defendant's Motion to Dismiss or file an Amended Complaint is extended from August 29, 2025 to September 29, 2025.

The deadline to file Defendant's Reply in Further Support of its Motion to Dismiss is extended from October 6, 2025 to October 14, 2025.

The hearing on Defendant's Motion to Dismiss is continued from October 10, 2025 to November 14, 2025.

**IT IS SO ORDERED.**

Dated: August 25, 2025

Susan Illston

HON. SUSAN ILLSTON
United States District Judge