Scott T. Lashway (admitted *pro hac vice*)
*slashway@mintz.com*
Mara A. O'Malley (admitted *pro hac vice*)
*momalley@mintz.com*
Mitchell J. Clough (admitted *pro hac vice*)
*mjclough@mintz.com*
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone:    617.542.6000
Facsimile:    617.542.2241

Marc H. Axelbaum (SBN:  209855)
*maxelbaum@mintz.com*
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone:    415.432.6000
Facsimile:    415.432.6001

*Attorneys for Defendant*
*PubMatic, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRSTIE SEMIEN, MICHAEL SELBY, GILBERT GAW, LOGAN MITCHELL, and JANE DOE, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PUBMATIC, INC.,<br><br>Defendant. | Case No. 3:25-cv-03164-SI<br><br>**DECLARATION OF SCOTT T. LASHWAY IN SUPPORT OF PUBMATIC, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   January 23, 2026<br>Time:  10:00 a.m.<br>Courtroom:  11<br>Judge:  Hon. Susan Illston<br><br>First Amended Complaint filed:  September 29, 2025<br>Trial Date:  not yet set |

1

DECLARATION OF SCOTT T. LASHWAY ISO PUBMATIC, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, CASE NO. 3:25-CV-03164-SI

I, Scott T. Lashway, hereby declare as follows:

1.    I am an active member of the Bar of the Commonwealth of Massachusetts in good standing, a Member at the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., and counsel of record for Defendant in the above-captioned action.  I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto.

2.    I make this declaration in support of PubMatic, Inc.'s Motion To Dismiss Plaintiffs' First Amended Class Action Complaint.

3.    A true and correct copy of the Mindbloom Privacy Policy, available at *https://www.mindbloom.com/privacy-policy*, is attached hereto as **Exhibit A**.

4.    A true and correct copy of the Mindbloom Sign-Up Page, available at *https://welcome.mindbloom.com/*, is attached hereto as **Exhibit B**.

5.    A true and correct copy of SB 690 Analysis, Senate Committee on Public Safety, 2025-2026 Reg. Sess. (Cal. Mar. 24, 2025), available at *https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?bill_id =202520 260SB690#*, is attached hereto as **Exhibit C**.

6.    A true and correct copy of Sen. Bill No. 690, 2025-2026 Reg. Sess. (Cal. May 29, 2025), available at *https://leginfo.legislature.ca.gov/faces/billPdf.xhtml?bill_id=202520260SB 690&version=20250SB69096AMD*, is attached hereto as **Exhibit D**.

7.    A true and correct copy of AB 929 Analysis, Assembly Committee on Privacy & Consumer Protection (Cal. Apr. 21, 2015), available at *http://www.leginfo.ca.gov/pub/15-16/bill/asm/ab_0901-0950/ab_929_cfa_20150417_173122_asm_comm.html*, is attached hereto as **Exhibit E**.

//

//

//

//

//

//

DECLARATION OF SCOTT T. LASHWAY ISO PUBMATIC, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, CASE NO. 3:25-CV-03164-SI

8.    A true and correct copy of AB 929 Analysis, Senate Committee on Public Safety (Cal. June 4, 2015), available at *https://spsf.senate.ca.gov/sites/spsf.senate.ca.gov/files/ab_929.pdf*, is attached hereto as **Exhibit F**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2025 at Boston, Massachusetts.

 */s/ Scott T. Lashway*
Scott T. Lashway

DECLARATION OF SCOTT T. LASHWAY ISO PUBMATIC, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, CASE NO. 3:25-CV-03164-SI