**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: klynn@bursor.com
jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

GILBERT GAW, MICHAEL SELBY, LOGAN MITCHELL, and JANE DOE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

PUBMATIC, INC.,

Defendant.

Case No. 3:25-cv-03164-SI

**PLAINTIFFS' STATEMENT OF RECENT DECISION**

Date: January 23, 2026
Time: 10:00 a.m.
Ctrm: 1 - 17th Floor
Judge: Hon. Susan Illston

Pursuant to Local Rule 7-3(d)(2), Plaintiffs Gilbert Gaw, Michael Selby, Logan Mitchell, and Jane Doe respectfully submit this Statement of Recent Decision regarding the pending Motion to Dismiss (ECF Nos. 35, 40, 42). Plaintiffs bring to the Court's attention a recent decision by the Honorable Rita F. Lin in *Gilligan v. Experian Data Corp.*, Case No. 3:25-cv-02873-RFL, ECF No. 51 (N.D. Cal. Jan. 6, 2026). A copy of the decision is attached hereto as **Exhibit 1**. The decision is relevant to the Parties' respective arguments regarding whether Plaintiffs have Article III standing and whether Plaintiffs have sufficiently pled each of their claims.

Dated: January 6, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A**.

By: */s/ Max S. Roberts*
Max S. Roberts

Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: klynn@bursor.com
jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorneys for Plaintiffs*