Scott T. Lashway (admitted *pro hac vice*)
*slashway@mintz.com*
Mara A. O'Malley (admitted *pro hac vice*)
*momalley@mintz.com*
Mitchell J. Clough (admitted *pro hac vice*)
*mjclough@mintz.com*
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: 617.542.6000
Facsimile: 617.542.2241

Marc H. Axelbaum (SBN: 209855)
*maxelbaum@mintz.com*
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor.
San Francisco, California 94104
Telephone: 415.432.6000
Facsimile: 415.432.6001

*Attorneys for Defendant*
*PubMatic, Inc.*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KIRSTIE SEMIEN, MICHAEL SELBY, GILBERT GAW, LOGAN MITCHELL, and JANE DOE, individually and on behalf of all other persons similarly situated,

Plaintiffs,

v.

PUBMATIC, INC.,

Defendant.

Case No. 3:25-cv-03164-SI

**PUBMATIC, INC.'S ANSWER TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

Courtroom: 1
Judge: Hon. Susan Illston

First Amended Complaint filed: September 29, 2025
Trial date: not yet set

Defendant PubMatic, Inc. ("Defendant" or "PubMatic"), by and through its attorneys, hereby answers the First Amended Class Action Complaint (ECF No. 34; "First Amended Complaint") filed by Plaintiffs Gilbert Gaw, Michael Selby, Logan Mitchell and Jane Doe ("Plaintiffs") in the above captioned action on September 29, 2025, and numbered herein, and asserts its affirmative defenses.

In responding to the First Amended Complaint, PubMatic denies all allegations contained therein unless specifically admitted below. Solely for the convenience of the Court and ease of reference to the First Amended Complaint, this Answer uses headings set forth in the First Amended Complaint. PubMatic expressly denies any and all statements in the First Amended Complaint's section headings, footnotes, or otherwise made outside the numbered paragraphs therein. PubMatic expressly reserves the right to amend its answer and affirmative defenses. PubMatic hereby answers and responds as follows:

The first unnumbered paragraph is an introductory paragraph to which no response is required. To the extent that a response is required, PubMatic denies the allegations contained in the introductory paragraph.

## NATURE OF THE ACTION

1. PubMatic denies the allegations in paragraph 1 of the First Amended Complaint.

2. PubMatic denies the allegations in paragraph 2 of the First Amended Complaint.

3. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 3 of the First Amended Complaint, and on that basis, denies them.

## THE PARTIES

4. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 4 of the First Amended Complaint, and on that basis, denies them.

5. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 5 of the First Amended Complaint, and on that basis,

denies them.

6. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 6 of the First Amended Complaint, and on that basis, denies them.

7. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 7 of the First Amended Complaint, and on that basis, denies them.

8. Admitted that PubMatic is a Delaware Corporation with its principal place of business in Redwood City, California. PubMatic otherwise denies the remainder of the allegations in paragraph 8 of the First Amended Complaint.

## JURISDICTION AND VENUE

9. Paragraph 9 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 9 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

10. Paragraph 10 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 10 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

11. Paragraph 11 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 11 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

## FACTUAL ALLEGATIONS

### I. DATA BROKERS AND REAL-TIME BIDDING: THE INFORMATION ECONOMY

12. PubMatic denies the allegations in paragraph 12 of the First Amended Complaint.

#### A. Data Brokers

13. Paragraph 13 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 13 of the First Amended Complaint makes

allegations of fact and a response is required, PubMatic denies the allegations.

14. Paragraph 14 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that a response is required, PubMatic admits that it is registered as a data broker pursuant to applicable law in the State of California. PubMatic otherwise denies the remainder of the allegations in paragraph 14 of the First Amended Complaint.

15. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 15 of the First Amended Complaint, and on that basis, denies them.

16. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 16 of the First Amended Complaint, and on that basis, denies them.

17. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 17 of the First Amended Complaint, and on that basis, denies them.

18. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 18 of the First Amended Complaint, and on that basis, denies them.

19. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 19 of the First Amended Complaint, and on that basis, denies them. Answering further, PubMatic denies that "[t]his data collection has grave implications for Americans' right to privacy."

20. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 20 of the First Amended Complaint, and on that basis, denies them. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 20 of the First Amended Complaint.

21. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 21 of the First Amended Complaint, and on that basis, denies them.

22. PubMatic denies the allegations in paragraph 22 of the First Amended Complaint.

23. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 23 of the First Amended Complaint, and on that basis, denies them.

24. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 24 of the First Amended Complaint, and on that basis, denies them.

25. PubMatic denies the allegations in paragraph 25 of the First Amended Complaint.

**B. Real-Time Bidding**

26. PubMatic denies the allegations in paragraph 26 of the First Amended Complaint.

27. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 27 of the First Amended Complaint, and on that basis, denies them.

28. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 28 of the First Amended Complaint, and on that basis, denies them.

29. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 29 of the First Amended Complaint, and on that basis, denies them.

30. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 30 of the First Amended Complaint, and on that basis, denies them. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 30 of the First Amended

Complaint.

31. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 31 of the First Amended Complaint, and on that basis, denies them.

32. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 32 of the First Amended Complaint, and on that basis, denies them. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 32 of the First Amended Complaint.

33. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 33 of the First Amended Complaint, and on that basis, denies them.

34. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 34 of the First Amended Complaint, and on that basis, denies them.

35. PubMatic denies the allegations in paragraph 35 of the First Amended Complaint.

36. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 36 of the First Amended Complaint, and on that basis, denies them.

37. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 37 of the First Amended Complaint, and on that basis, denies them. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 37 of the First Amended Complaint.

38. Paragraph 38 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 38 of the First Amended Complaint makes

allegations of fact and a response is required, PubMatic denies the allegations.

### C. Cookie Syncing

39. PubMatic denies that it "de-anonymize[s] users". PubMatic otherwise lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 39 of the First Amended Complaint, and on that basis, denies them.

40. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 40 of the First Amended Complaint, and on that basis, denies them.

41. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 41 of the First Amended Complaint, and on that basis, denies them. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 41 of the First Amended Complaint.

42. PubMatic denies the allegations in paragraph 42 of the First Amended Complaint.

43. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 43 of the First Amended Complaint, and on that basis, denies them.

44. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 44 of the First Amended Complaint, and on that basis, denies them.

45. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 45 of the First Amended Complaint, and on that basis, denies them.

46. PubMatic denies the allegations in paragraph 46 of the First Amended Complaint.

47. PubMatic denies the allegations in paragraph 47 of the First Amended Complaint.

48. PubMatic denies the allegations in paragraph 48 of the First Amended Complaint.

49. PubMatic denies the allegations in paragraph 49 of the First Amended Complaint.

## II. AN OVERVIEW OF DEFENDANT'S ONLINE TRACKING AND ADVERTISING TECHNOLOGY

### A. The PubMatic Tracker

50. PubMatic admits that it is a registered data broker in the state of California. PubMatic otherwise denies the remainder of the allegations in paragraph 50 of the First Amended Complaint.

51. PubMatic avers that the allegations in paragraph 51 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 51 of the First Amended Complaint.

52. PubMatic denies the allegations in paragraph 52 of the First Amended Complaint.

53. PubMatic denies the allegations in paragraph 53 of the First Amended Complaint.

54. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in the first sentence of paragraph 54 of the First Amended Complaint, and on that basis, denies them.

55. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in the first sentence of paragraph 55 of the First Amended Complaint, and on that basis, denies them. PubMatic otherwise denies the allegations in paragraph 55 of the First Amended Complaint.

56. PubMatic avers that the allegations in paragraph 56 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 56 of the First Amended Complaint.

57. PubMatic avers that the allegations in paragraph 57 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in

paragraph 57 of the First Amended Complaint.

58. PubMatic avers that the allegations in paragraph 58 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 58 of the First Amended Complaint.

59. PubMatic avers that the allegations in paragraph 59 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 59 of the First Amended Complaint.

60. PubMatic denies the allegations in paragraph 60 of the First Amended Complaint.

1. *Interception of Communication*

61. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 61 of the First Amended Complaint, and on that basis, denies them.

62. PubMatic denies the allegations in paragraph 62 of the First Amended Complaint.

63. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 63 of the First Amended Complaint, and on that basis, denies them.

64. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 64 of the First Amended Complaint, and on that basis, denies them.

65. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 65 of the First Amended Complaint, and on that basis, denies them.

66. PubMatic denies the allegations in paragraph 66 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and

content of the figure included immediately following paragraph 66 of the First Amended Complaint.

67. PubMatic denies the allegations in paragraph 67 of the First Amended Complaint.

68. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 68, and on that basis, denies them.

69. PubMatic denies the allegations in paragraph 69 of the First Amended Complaint.

70. PubMatic denies the allegations in paragraph 70 of the First Amended Complaint.

2. *Collection of Persistent Identifiers*

71. PubMatic denies the allegations in paragraph 71 of the First Amended Complaint.

**(i) <u>Unique User Identifiers</u>**

72. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 72 of the First Amended Complaint, and on that basis, denies them.

73. PubMatic denies the allegations in paragraph 73 of the First Amended Complaint.

74. PubMatic denies the allegations in paragraph 74 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 74 of the First Amended Complaint.

75. PubMatic denies the allegations in paragraph 75 of the First Amended Complaint.

76. PubMatic denies the allegations in paragraph 76 of the First Amended Complaint.

77. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 77 of the First Amended Complaint, and on that basis, denies them.

78. PubMatic denies the allegations in paragraph 78 of the First Amended Complaint.

**(ii) <u>IP Addresses</u>**

79. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 79 of the First Amended Complaint, and on that basis, denies them.

80. PubMatic avers that the allegations in paragraph 80 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 80 of the First Amended Complaint.

81. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 81 of the First Amended Complaint, and on that basis, denies them.

82. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 82 of the First Amended Complaint, and on that basis, denies them.

83. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 83 of the First Amended Complaint, and on that basis, denies them.

84. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 84 of the First Amended Complaint, and on that basis, denies them.

85. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 85 of the First Amended Complaint, and on that basis, denies them.

86. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 86 of the First Amended Complaint, and on that basis, denies them.

87. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 87 of the First Amended Complaint, and on that basis, denies them.

88. PubMatic lacks the knowledge or information sufficient to form a belief about the

truth or falsity of the allegations in paragraph 88 of the First Amended Complaint, and on that basis, denies them.

89. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 89 of the First Amended Complaint, and on that basis, denies them.

90. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 90 of the First Amended Complaint, and on that basis, denies them.

91. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 91 of the First Amended Complaint, and on that basis, denies them.

92. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 92 of the First Amended Complaint, and on that basis, denies them.

93. Paragraph 93 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 93 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

**(iii) <u>Mobile Identifiers</u>**

94. PubMatic denies the allegations in paragraph 94.

95. PubMatic admits that it owns and operates the OpenWrap software development kit. PubMatic otherwise denies the remainder of the allegations in paragraph 95 of the First Amended Complaint.

96. PubMatic avers that the allegations in paragraph 96 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 96 of the First Amended Complaint.

97. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 97 of the First Amended Complaint, and on that basis, denies them.

98. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 98 of the First Amended Complaint, and on that basis, denies them.

99. PubMatic denies the allegations in paragraph 99 of the First Amended Complaint.

100. PubMatic denies the allegations in paragraph 100 of the First Amended Complaint.

101. PubMatic denies the allegations in paragraph 101 of the First Amended Complaint.

102. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 102 of the First Amended Complaint, and on that basis, denies them.

103. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 103 of the First Amended Complaint, and on that basis, denies them.

104. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 104 of the First Amended Complaint, and on that basis, denies them.

105. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 105 of the First Amended Complaint, and on that basis, denies them.

106. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 106 of the First Amended Complaint, and on that basis, denies them.

107. PubMatic denies the allegations in paragraph 107 of the First Amended Complaint.

108. PubMatic lacks the knowledge or information sufficient to form a belief about the

truth or falsity of the allegations in paragraph 108 of the First Amended Complaint, and on that basis, denies them. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 108 of the First Amended Complaint.

109. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 109 of the First Amended Complaint, and on that basis, denies them.

110. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 110 of the First Amended Complaint, and on that basis, denies them.

111. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 111 of the First Amended Complaint, and on that basis, denies them.

112. Paragraph 112 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 112 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

113. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 113 of the First Amended Complaint, and on that basis, denies them.

114. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 114 of the First Amended Complaint, and on that basis, denies them.

3. *User ID Mapping and Identity Resolution*

115. PubMatic avers that the allegations in paragraph 115 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in

paragraph 115 of the First Amended Complaint.

116. PubMatic avers that the allegations in paragraph 116 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 116 of the First Amended Complaint.

117. PubMatic denies the allegations in paragraph 117 of the First Amended Complaint.

118. PubMatic avers that the allegations in paragraph 118 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 118 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 118 of the First Amended Complaint.

119. PubMatic denies the allegations in paragraph 119 of the First Amended Complaint.

120. PubMatic denies the allegations in paragraph 120 of the First Amended Complaint.

121. PubMatic denies the allegations in paragraph 121 of the First Amended Complaint.

122. PubMatic denies the allegations in paragraph 122 of the First Amended Complaint.

123. PubMatic denies the allegations in paragraph 123 of the First Amended Complaint.

124. PubMatic denies the allegations in paragraph 124 of the First Amended Complaint.

125. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 125 of the First Amended Complaint, and on that basis, denies them.

126. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 126 of the First Amended Complaint, and on that basis, denies them.

**B. PubMatic's Services**

127. PubMatic avers that the allegations in paragraph 127 of the First Amended Complaint

purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 127 of the First Amended Complaint.

128. PubMatic denies the allegations in paragraph 128 of the First Amended Complaint.

129. To the extent paragraph 129 of the First Amended Complaint purports to rely on information available on PubMatic's website, PubMatic avers that PubMatic's website speaks for itself and PubMatic refers to its website for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 129 of the First Amended Complaint.

130. PubMatic avers that the allegations in paragraph 130, including the figure included immediately following paragraph 130, of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 130 of the First Amended Complaint.

131. PubMatic avers that the allegations in paragraph 131 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 131 of the First Amended Complaint.

132. PubMatic avers that the allegations in paragraph 132 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 132 of the First Amended Complaint.

133. PubMatic denies the allegations in paragraph 133 of the First Amended Complaint.

134. PubMatic avers that the allegations in paragraph 134 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 134 of the First Amended Complaint.

135. PubMatic denies the allegations in paragraph 135 of the First Amended Complaint.

1. *Real-Time Bidding Program*

136. PubMatic avers that the allegations in paragraph 136 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 136 of the First Amended Complaint.

137. PubMatic avers that the allegations in paragraph 137 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 137 of the First Amended Complaint.

138. PubMatic denies the allegations in paragraph 138 of the First Amended Complaint.

2. *Private Marketplace Program*

139. PubMatic admits that it offers a Private Marketplace Program.

140. PubMatic avers that the allegations in paragraph 140 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 140 of the First Amended Complaint.

141. PubMatic denies the allegations in paragraph 141 of the First Amended Complaint.

142. PubMatic avers that the allegations in paragraph 142 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 142 of the First Amended Complaint.

143. PubMatic avers that the allegations in paragraph 143 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 143 of the First Amended Complaint.

## III. DEFENDANT'S COOKIES AND/OR TRACKERS ARE PRESENT ON EACH OF THE SUBJECT WEBSITES

### A. Zillow

144. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 144 of the First Amended Complaint, and on that basis, denies them.

145. PubMatic denies the allegations in paragraph 145 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 145 of the First Amended Complaint.

146. PubMatic denies the allegations in paragraph 146 of the First Amended Complaint.

147. PubMatic denies the allegations in paragraph 147 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 147 of the First Amended Complaint.

148. PubMatic denies the allegations in paragraph 148 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 148 of the First Amended Complaint.

149. PubMatic denies the allegations in paragraph 149 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 149 of the First Amended Complaint.

150. PubMatic denies the allegations in paragraph 150 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 150 of the First Amended Complaint.

151. PubMatic denies the allegations in paragraph 151 of the First Amended Complaint.

152. PubMatic denies the allegations in paragraph 152 of the First Amended Complaint.

153. PubMatic denies the allegations in paragraph 153 of the First Amended Complaint.

**B. Peacock**

154. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 154 of the First Amended Complaint, and on that basis, denies them.

155. PubMatic denies the allegations in paragraph 155 of the First Amended Complaint.

156. PubMatic denies the allegations in paragraph 156 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 156 of the First Amended Complaint.

157. PubMatic denies the allegations in paragraph 157 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 157 of the First Amended Complaint.

158. PubMatic denies the allegations in paragraph 158 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 158 of the First Amended Complaint.

159. PubMatic denies the allegations in paragraph 159 of the First Amended Complaint.

160. PubMatic denies the allegations in paragraph 160 of the First Amended Complaint.

**C. Buzzfeed**

161. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 161 of the First Amended Complaint, and on that basis, denies them.

162. PubMatic denies the allegations in paragraph 162 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 162 of the First Amended Complaint.

163. PubMatic denies the allegations in paragraph 163 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 163 of the First Amended Complaint.

164. PubMatic denies the allegations in paragraph 164 of the First Amended Complaint.

165. PubMatic denies the allegations in paragraph 165 of the First Amended Complaint.

166. PubMatic denies the allegations in paragraph 166 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 166 of the First Amended Complaint.

167. PubMatic denies the allegations in paragraph 167 of the First Amended Complaint.

168. PubMatic denies the allegations in paragraph 168 of the First Amended Complaint.

169. PubMatic denies the allegations in paragraph 169 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figures included immediately following paragraph 169 of the First Amended Complaint.

170. PubMatic denies the allegations in paragraph 170 of the First Amended Complaint.

171. PubMatic denies the allegations in paragraph 171 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 171 of the First Amended Complaint.

172. PubMatic denies the allegations in paragraph 172 of the First Amended Complaint.

Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 172 of the First Amended Complaint.

173. PubMatic denies the allegations in paragraph 173 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 173 of the First Amended Complaint.

174. PubMatic denies the allegations in paragraph 174 of the First Amended Complaint.

175. PubMatic denies the allegations in paragraph 175 of the First Amended Complaint.

**D. Bon Appetite**

176. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 176 of the First Amended Complaint, and on that basis, denies them.

177. PubMatic denies the allegations in paragraph 177 of the First Amended Complaint.

178. PubMatic denies the allegations in paragraph 178 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figures included immediately following paragraph 178 of the First Amended Complaint.

179. PubMatic denies the allegations in paragraph 179 of the First Amended Complaint.

180. PubMatic denies the allegations in paragraph 180 of the First Amended Complaint.

181. PubMatic denies the allegations in paragraph 181 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figures included immediately following paragraph 181 of the First Amended Complaint.

182. PubMatic denies the allegations in paragraph 182 of the First Amended Complaint.

183. PubMatic denies the allegations in paragraph 183 of the First Amended Complaint.

184. PubMatic denies the allegations in paragraph 184 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figures included immediately following paragraph 184 of the First Amended Complaint.

185. PubMatic denies the allegations in paragraph 185 of the First Amended Complaint.

186. PubMatic denies the allegations in paragraph 186 of the First Amended Complaint.

**E. Mindbloom**

187. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 187 of the First Amended Complaint, and on that basis, denies them.

188. PubMatic denies the allegations in paragraph 188 of the First Amended Complaint.

189. PubMatic denies the allegations in paragraph 189 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 189 of the First Amended Complaint.

190. PubMatic denies the allegations in paragraph 190 of the First Amended Complaint.

191. PubMatic denies the allegations in paragraph 191 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 191 of the First Amended Complaint.

192. PubMatic denies the allegations in paragraph 192 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 192 of the First Amended Complaint.

193. PubMatic denies the allegations in paragraph 193 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and

content of the figure included immediately following paragraph 193 of the First Amended Complaint.

194. PubMatic denies the allegations in paragraph 194 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 194 of the First Amended Complaint.

195. PubMatic denies the allegations in paragraph 195 of the First Amended Complaint.

196. PubMatic denies the allegations in paragraph 196 of the First Amended Complaint. Answering further, PubMatic denies that Plaintiff fully, fairly, or accurately alleges the nature and content of the figure included immediately following paragraph 196 of the First Amended Complaint.

197. PubMatic denies the allegations in paragraph 197 of the First Amended Complaint.

198. PubMatic denies the allegations in paragraph 198 of the First Amended Complaint.

## IV. DEFENDANT'S SERVICES DEANONYMIZE USERS AND ENRICH DEFENDANT, WEBSITE OPERATORS AND PARTNERS TRACKERS ALIKE, THROUGH REAL-TIME BIDDING AND PROFILING INDIVIDUALS

### A. Defendant Combines the Data From All the Subject Websites with Other Data to Deanonymize Users

199. PubMatic denies the allegations in paragraph 199 of the First Amended Complaint.

200. PubMatic denies the allegations in paragraph 200 of the First Amended Complaint.

201. To the extent paragraph 201 of the First Amended Complaint purports to rely on information available on PubMatic's website, PubMatic avers that PubMatic's website speaks for itself and PubMatic refers to its website for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 201 of the First Amended Complaint.

202. To the extent paragraph 202 of the First Amended Complaint purports to rely on information available on PubMatic's website, PubMatic avers that PubMatic's website speaks for itself and PubMatic refers to its website for a complete and accurate statement of its contents.

PubMatic otherwise denies the allegations in paragraph 202 of the First Amended Complaint.

203. PubMatic avers that the allegations in paragraph 203 of the First Amended Complaint purport to quote from PubMatic's Website, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 203 of the First Amended Complaint.

### B. The Partner Trackers Use the Profiles Created by Defendants [*sic*] to Enhance Their Advertising and Analytics Services

204. PubMatic denies the allegations in paragraph 204 of the First Amended Complaint.

205. PubMatic denies the allegations in paragraph 205 of the First Amended Complaint.

206. PubMatic denies the allegations in paragraph 206 of the First Amended Complaint.

207. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 207 of the First Amended Complaint, and on that basis denies them.

208. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 208 of the First Amended Complaint, and on that basis denies them.

209. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 209 of the First Amended Complaint, and on that basis denies them.

210. PubMatic denies the allegations in paragraph 210 of the First Amended Complaint.

211. PubMatic denies the allegations in paragraph 211 of the First Amended Complaint.

## V. PLAINTIFFS' EXPERIENCES

### A. Plaintiff Gilbert Gaw

212. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 212 of the First Amended Complaint, and on that basis, denies them.

213. PubMatic lacks the knowledge or information sufficient to form a belief about the

truth or falsity of the allegations in paragraph 213 of the First Amended Complaint, and on that basis, denies them.

214. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 214 of the First Amended Complaint, and on that basis, denies them.

215. PubMatic denies the allegations in paragraph 215 of the First Amended Complaint.

216. PubMatic denies the allegations in paragraph 216 of the First Amended Complaint.

217. PubMatic denies the allegations in paragraph 217 of the First Amended Complaint.

218. PubMatic denies the allegations in paragraph 218 of the First Amended Complaint.

219. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 219 of the First Amended Complaint, and on that basis, denies them.

220. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 220 of the First Amended Complaint, and on that basis, denies them.

221. Paragraph 221 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 221 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

1. *The Data Access Report*

222. PubMatic admits that it responded to Plaintiff Gaw's data access request he submitted. PubMatic denies the remaining allegations in paragraph 222 of the First Amended Complaint.

223. PubMatic avers that the allegations in paragraph 223 of the First Amended Complaint purport to quote from the referenced data access report, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 223 of the First Amended Complaint.

224. PubMatic avers that the allegations in paragraph 224 of the First Amended Complaint purport to summarize the referenced data access report, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 224 of the First Amended Complaint.

225. PubMatic avers that the allegations in paragraph 225 of the First Amended Complaint purport to quote from the referenced data access report, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 225 of the First Amended Complaint.

**B. Plaintiff Michael Selby**

226. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 226 of the First Amended Complaint, and on that basis, denies them.

227. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 227 of the First Amended Complaint, and on that basis, denies them.

228. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 228 of the First Amended Complaint, and on that basis, denies them.

229. PubMatic denies the allegations in paragraph 229 of the First Amended Complaint.

230. PubMatic denies the allegations in paragraph 230 of the First Amended Complaint.

231. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 231 of the First Amended Complaint, and on that basis, denies them.

232. PubMatic denies the allegations in paragraph 232 of the First Amended Complaint.

233. PubMatic denies the allegations in paragraph 233 of the First Amended Complaint.

234. PubMatic denies the allegations in paragraph 234 of the First Amended Complaint.

235. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 235 of the First Amended Complaint, and on that basis, denies them.

236. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 236 of the First Amended Complaint, and on that basis, denies them.

237. Paragraph 237 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 237 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

1. *The Data Access Report*

238. PubMatic admits that it responded to Plaintiff Selby's data access request he submitted. PubMatic denies the remaining allegations in paragraph 238 of the First Amended Complaint.

239. PubMatic avers that the allegations in paragraph 239 of the First Amended Complaint purport to summarize the referenced data access report, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 239 of the First Amended Complaint.

240. PubMatic avers that the allegations in paragraph 240 of the First Amended Complaint purport to summarize the referenced data access report, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 240 of the First Amended Complaint

241. PubMatic avers that the allegations in paragraph 241 of the First Amended Complaint purport to summarize the referenced data access report, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 241 of the First Amended Complaint.

**C. Plaintiff Logan Mitchell**

242. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 242 of the First Amended Complaint, and on that basis, denies them.

243. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 243 of the First Amended Complaint, and on that basis, denies them.

244. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 244 of the First Amended Complaint, and on that basis, denies them.

245. PubMatic denies the allegations in paragraph 245 of the First Amended Complaint.

246. PubMatic denies the allegations in paragraph 246 of the First Amended Complaint.

247. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 247 of the First Amended Complaint, and on that basis, denies them.

248. PubMatic denies the allegations in paragraph 248 of the First Amended Complaint.

249. PubMatic denies the allegations in paragraph 249 of the First Amended Complaint.

250. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 250 of the First Amended Complaint, and on that basis, denies them.

251. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 251 of the First Amended Complaint, and on that basis, denies them.

252. Paragraph 252 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 252 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

1. *The Data Access Report*

253. PubMatic admits that it responded to Plaintiff Mitchell's data access request she submitted. PubMatic denies the remaining allegations in paragraph 253 of the First Amended Complaint.

254. PubMatic avers that the allegations in paragraph 254 of the First Amended Complaint purport to summarize the referenced data access report, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 254 of the First Amended Complaint.

255. PubMatic avers that the allegations in paragraph 255 of the First Amended Complaint purport to summarize the referenced data access report, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 255 of the First Amended Complaint.

256. PubMatic avers that the allegations in paragraph 256 of the First Amended Complaint purport to summarize the referenced data access report, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 256 of the First Amended Complaint.

257. PubMatic avers that the allegations in paragraph 257 of the First Amended Complaint purport to summarize the referenced data access report, which speaks for itself and to which PubMatic refers for a complete and accurate statement of its contents. PubMatic otherwise denies the allegations in paragraph 257 of the First Amended Complaint.

**D. Plaintiff Jane Doe**

258. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 258 of the First Amended Complaint, and on that basis, denies them.

259. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 259 of the First Amended Complaint, and on that

basis, denies them.

260. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 260 of the First Amended Complaint, and on that basis, denies them.

261. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 261 of the First Amended Complaint, and on that basis, denies them.

262. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 262 of the First Amended Complaint, and on that basis, denies them.

263. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 263 of the First Amended Complaint, and on that basis, denies them.

264. PubMatic denies the allegations in paragraph 264 of the First Amended Complaint.

265. PubMatic denies the allegations in paragraph 265 of the First Amended Complaint.

266. PubMatic denies the allegations in paragraph 266 of the First Amended Complaint.

267. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 267 of the First Amended Complaint, and on that basis, denies them.

268. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 268 of the First Amended Complaint, and on that basis, denies them.

269. Paragraph 269 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 269 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

**CLASS ALLEGATIONS**

270. Paragraph 270 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 270 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

271. Paragraph 271 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 271 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

272. Paragraph 272 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 272 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

273. Paragraph 273 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 273 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

274. Paragraph 274 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 274 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

275. Paragraph 275 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 275 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

276. Paragraph 276 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 276 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

277. Paragraph 277 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 277 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

278. Paragraph 278 of the First Amended Complaint contains legal conclusions to which

no response is required. To the extent that paragraph 278 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

## CAUSES OF ACTION

## COUNT I

### Intrusion Upon Seclusion

279. PubMatic reincorporates by reference its answers to paragraphs 1 through 278 of the First Amended Complaint as if fully set forth in this paragraph 279 of the First Amended Complaint.

280. Paragraph 280 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 280 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

281. Paragraph 281 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 281 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

282. Paragraph 282 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 282 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

283. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 283 of the First Amended Complaint, and on that basis, denies them.

284. PubMatic denies the allegations in paragraph 284 of the First Amended Complaint.

285. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 285 of the First Amended Complaint, and on that basis, denies them.

286. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 286 of the First Amended Complaint, and on that basis, denies them.

287. PubMatic denies the allegations in paragraph 287 of the First Amended Complaint.

288. PubMatic denies the allegations in paragraph 288 of the First Amended Complaint.

289. PubMatic denies the allegations in paragraph 289 of the First Amended Complaint.

290. Paragraph 290 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 290 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations. Answering further, PubMatic denies that Plaintiffs are entitled to any relief whatsoever, including but not limited to, any monetary damages, treble damages, injunctive relief, prejudgment interest, attorneys' fees, or costs.

## COUNT II

**Violation of the California Invasion of Privacy Act Cal Pen. Code § 631(a)**

291. PubMatic reincorporates by reference its answers to paragraphs 1 through 290 of the First Amended Complaint as if fully set forth in this paragraph 291 of the First Amended Complaint.

292. Paragraph 292 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 292 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

293. Paragraph 293 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 293 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

294. Paragraph 294 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 294 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

295. Paragraph 295 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 295 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

296. Paragraph 296 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 296 of the First Amended Complaint makes

allegations of fact and a response is required, PubMatic denies the allegations.

297. Paragraph 297 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 297 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

298. PubMatic denies the allegations in paragraph 298 of the First Amended Complaint.

299. Paragraph 299 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 299 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

300. PubMatic denies the allegations in paragraph 300 of the First Amended Complaint.

301. PubMatic denies the allegations in paragraph 301 of the First Amended Complaint.

302. PubMatic denies the allegations in paragraph 302 of the First Amended Complaint.

303. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 303 of the First Amended Complaint, and on that basis, denies them.

304. PubMatic denies the allegations in paragraph 304 of the First Amended Complaint.

305. Paragraph 305 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 305 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations. Answering further, PubMatic denies that Plaintiffs are entitled to any relief whatsoever, including but not limited to, any monetary damages, treble damages, injunctive relief, prejudgment interest, attorneys' fees, or costs.

**COUNT III**

**Violation of the California Invasion of Privacy Act Cal Pen. Code § 631.51(a)**

306. PubMatic reincorporates by reference its answers to paragraphs 1 through 305 of the First Amended Complaint as if fully set forth in this paragraph 306 of the First Amended Complaint.

307. Paragraph 307 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 307 of the First Amended Complaint makes

allegations of fact and a response is required, PubMatic denies the allegations.

308. Paragraph 308 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 308 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

309. Paragraph 309 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 309 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

310. Paragraph 310 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 310 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

311. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 311 of the First Amended Complaint, and on that basis, denies them.

312. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 312 of the First Amended Complaint, and on that basis, denies them.

313. Paragraph 313 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 313 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

314. Paragraph 314 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 314 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

315. PubMatic denies the allegations in paragraph 315 of the First Amended Complaint.

316. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 316 of the First Amended Complaint, and on that basis, denies them.

317. Paragraph 317 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 317 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

318. Paragraph 318 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 318 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations. Answering further, PubMatic denies that Plaintiffs are entitled to any relief whatsoever, including but not limited to, any monetary damages, treble damages, injunctive relief, prejudgment interest, attorneys' fees, or costs.

## COUNT IV

### Unjust Enrichment

319. PubMatic reincorporates by reference its answers to paragraphs 1 through 318 of the First Amended Complaint as if fully set forth in this paragraph 319 of the First Amended Complaint.

320. The claims set forth in Count IV were dismissed by the Court's Order dated January 27, 2026 (ECF No. 47); therefore, no answer to paragraph 320 of the First Amended Complaint is required. To the extent a response to paragraph 320 of the First Amended Complaint is required, PubMatic denies the allegations in paragraph 320 of the First Amended Complaint.

321. The claims set forth in Count IV were dismissed by the Court's Order dated January 27, 2026 (ECF No. 47); therefore, no answer to paragraph 321 of the First Amended Complaint is required. To the extent a response to paragraph 321 of the First Amended Complaint is required, PubMatic denies the allegations in paragraph 321 of the First Amended Complaint.

322. The claims set forth in Count IV were dismissed by the Court's Order dated January 27, 2026 (ECF No. 47); therefore, no answer to paragraph 322 of the First Amended Complaint is required. To the extent a response to paragraph 322 of the First Amended Complaint is required, PubMatic denies the allegations in paragraph 322 of the First Amended Complaint.

323. The claims set forth in Count IV were dismissed by the Court's Order dated January 27, 2026 (ECF No. 47); therefore, no answer to paragraph 323 of the First Amended Complaint is

required. To the extent a response to paragraph 323 of the First Amended Complaint is required, PubMatic denies the allegations in paragraph 323 of the First Amended Complaint.

324. The claims set forth in Count IV were dismissed by the Court's Order dated January 27, 2026 (ECF No. 47); therefore, no answer to paragraph 324 of the First Amended Complaint is required. To the extent a response to paragraph 324 of the First Amended Complaint is required, PubMatic denies the allegations in paragraph 324 of the First Amended Complaint.

325. The claims set forth in Count IV were dismissed by the Court's Order dated January 27, 2026 (ECF No. 47); therefore, no answer to paragraph 325 of the First Amended Complaint is required. To the extent a response to paragraph 325 of the First Amended Complaint is required, PubMatic denies the allegations in paragraph 325 of the First Amended Complaint.

326. The claims set forth in Count IV were dismissed by the Court's Order dated January 27, 2026 (ECF No. 47); therefore, no answer to paragraph 326 of the First Amended Complaint is required. To the extent a response to paragraph 326 of the First Amended Complaint is required, PubMatic denies the allegations in paragraph 326 of the First Amended Complaint.

327. The claims set forth in Count IV were dismissed by the Court's Order dated January 27, 2026 (ECF No. 47); therefore, no answer to paragraph 327 of the First Amended Complaint is required. To the extent a response to paragraph 327 of the First Amended Complaint is required, PubMatic denies the allegations in paragraph 327 of the First Amended Complaint.

328. The claims set forth in Count IV were dismissed by the Court's Order dated January 27, 2026 (ECF No. 47); therefore, no answer to paragraph 328 of the First Amended Complaint is required. To the extent a response to paragraph 328 of the First Amended Complaint is required, PubMatic denies the allegations in paragraph 328 of the First Amended Complaint.

329. The claims set forth in Count IV were dismissed by the Court's Order dated January 27, 2026 (ECF No. 47); therefore, no answer to paragraph 329 of the First Amended Complaint is required. To the extent a response to paragraph 329 of the First Amended Complaint is required, PubMatic denies the allegations in paragraph 329 of the First Amended Complaint.

**<u>COUNT V</u>**

**Violation of the Electronic Communications Privacy Act**

**18 U.S.C. § 2510, *et seq.***

330. PubMatic reincorporates by reference its answers to paragraphs 1 through 330 of the First Amended Complaint as if fully set forth in this paragraph 331 of the First Amended Complaint.

331. Paragraph 331 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 331 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

332. Paragraph 332 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 332 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

333. Paragraph 333 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 333 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

334. Paragraph 334 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 334 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

335. Paragraph 335 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 335 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

336. Paragraph 336 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 336 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

337. Paragraph 337 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 337 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

338. Paragraph 338 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 338 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

339. Paragraph 339 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 339 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

340. Paragraph 340 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 340 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

341. Paragraph 341 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 341 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

342. Paragraph 342 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 342 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

343. PubMatic denies the allegations in paragraph 343 of the First Amended Complaint.

344. Paragraph 344 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 344 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

345. Paragraph 345 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 345 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

346. Paragraph 346 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 346 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

347. Paragraph 347 of the First Amended Complaint contains legal conclusions to which

no response is required. To the extent that paragraph 347 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

348. PubMatic lacks the knowledge or information sufficient to form a belief about the truth or falsity of the allegations in paragraph 348 of the First Amended Complaint, and on that basis, denies them.

349. Paragraph 349 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 349 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations.

350. Paragraph 350 of the First Amended Complaint contains legal conclusions to which no response is required. To the extent that paragraph 350 of the First Amended Complaint makes allegations of fact and a response is required, PubMatic denies the allegations. Answering further, PubMatic denies that Plaintiffs are entitled to any relief whatsoever, including but not limited to, any monetary damages, treble damages, injunctive relief, prejudgment interest, attorneys' fees, or costs.

## PRAYER FOR RELIEF

The allegations set forth in Plaintiffs' Prayer for Relief assert legal conclusions to which no response is required. To the extent any further response is required, PubMatic denies the allegations in the Prayer for Relief, and further denies that Plaintiffs are entitled to any relief whatsoever on any of the claims asserted in the First Amended Complaint.

## JURY TRIAL DEMANDED

PubMatic denies the unnumbered paragraph on page 71 of the First Amended Complaint.

## AFFIRMATIVE DEFENSES

PubMatic, in the alternative, and without prejudice to the denials and other statements made in its Answer, states the following affirmative defenses. By setting forth these affirmative defenses, PubMatic does not assume the burden of proof as to any fact issue or other element of any cause of action for which Plaintiffs bear the burden of proof. Moreover, nothing stated herein is intended or

shall be construed as an admission that any particular issue or subject matter is relevant to Plaintiffs' allegations. As separate and distinct affirmative defenses, PubMatic alleges as follows:

**First Affirmative Defense**

**(Standing)**

The claims asserted by Plaintiffs on behalf of themselves and putative class members fail for lack of standing under Article III of the United States Constitution, including but not limited to because Plaintiffs have not suffered cognizable harm.

**Second Affirmative Defense**

**(Failure to State a Claim)**

Plaintiffs and putative class members fail to state a claim upon which relief can be granted.

**Third Affirmative Defense**

**(Absence of Injury)**

Plaintiffs and putative class members have not sustained any legal injury or damage as a result of any actions allegedly taken by PubMatic, and are thus barred from asserting claims against PubMatic.

**Fourth Affirmative Defense**

**(Intervening Cause)**

The claims asserted by Plaintiffs on behalf of themselves and putative class members are barred, in whole or in part, by the doctrine of intervening and/or superseding causation because any alleged damages they claim to have suffered were caused by third-parties who are not employees or agents of PubMatic.

**Fifth Affirmative Defense**

**(Lack of Causation)**

To the extent Plaintiffs or the putative class members have alleged any injury, the sole and proximate cause of the alleged injury results from the actions, inactions, or negligence, in whole or in part, of persons other than PubMatic for whose actions, inactions, or negligence, in whole or in

part, PubMatic is in no way liable. Plaintiffs and the putative class are not, therefore, entitled to recover from PubMatic in this action.

**Sixth Affirmative Defense**

**(Failure to Mitigate)**

Plaintiffs and putative class members have failed to mitigate, minimize, or avoid any damage they allegedly sustained, and recovery against PubMatic, if any, must be reduced by that amount.

**Seventh Affirmative Defense**

**(Consent)**

Plaintiffs' and putative class members' claims are barred, in whole or in part, by their affirmative and/or implied consent to, or authorization of, PubMatic's alleged conduct.

**Eighth Affirmative Defense**

**(Waiver)**

Plaintiffs' and putative class members' claims may be barred, in whole or part, under the doctrine of waiver.

**Ninth Affirmative Defense**

**(Good Faith)**

PubMatic at all times acted in good faith and in compliance with applicable laws and regulations, and, therefore, the claims of Plaintiffs and putative class members fail.

**Tenth Affirmative Defense**

**(Estoppel)**

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrine of estoppel.

**Eleventh Affirmative Defense**

**(Defenses Specific to Putative Class Members)**

PubMatic may have additional unique affirmative defenses applicable to different putative class members. PubMatic reserves the right to assert such additional affirmative defenses as the need arises.

**Twelfth Affirmative Defense**

**(Release)**

Plaintiffs' and putative class members' claims are barred to the extent they have released the claims against PubMatic.

**Thirteenth Affirmative Defense**

**(Excessive Penalties)**

If the Court grants class certification and aggregates the claims of Plaintiffs and the putative class, the result would be an unconstitutionally excessive imposition of damages in violation of the Due Process clause of the Fifth Amendment of the United States Constitution, the Due Process provision of the Fourteenth Amendment of the United States Constitution, and/or state Constitutions. The aggregate damages requested by Plaintiffs and putative class members would not be proportionate to PubMatic's alleged culpability, the relationship between the harm alleged and the penalty, the penalties imposed in similar statutes, actual damages (if any), and PubMatic's ability to pay. Further, Plaintiffs' and putative class members' requested aggregate damages are unconstitutionally excessive in light of PubMatic's conduct.

**Fourteenth Affirmative Defense**

**(Unclean Hands)**

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrine of unclean hands.

**Fifteenth Affirmative Defense**

**(Laches)**

Plaintiffs' and putative class members' claims are barred, in whole or in part, by the doctrine of laches.

**Sixteenth Affirmative Defense**

**(PubMatic Does Not Operate a Pen Register)**

Plaintiffs' and putative class members' California Invasion of Privacy Act ("CIPA") claim is barred because PubMatic does not operate a "pen register" under the meaning of CIPA, Cal. Penal Code § 638.51(a).

**Seventeenth Affirmative Defense**

**(Statute of Limitations)**

Plaintiffs' and putative class members' claims are barred, in whole or in part, by applicable statutes of limitation.

**Eighteenth Affirmative Defense**

**(Class Action Requirements Not Met)**

Plaintiffs cannot properly bring this case as a class action under Federal Rule of Civil Procedure 23 because Plaintiffs cannot satisfy its requirements. Individual questions of fact and law predominate over common questions, Plaintiffs are not adequate class representatives, their claims are not typical of those belonging to the putative class members, and other class requirements cannot be satisfied, among other reasons.

**Nineteenth Affirmative Defense**

**(Dormant Commerce Clause)**

Plaintiffs' and putative class members' claims are barred, in whole or in part, because they seek to impose an excessive burden on interstate commerce in violation of the dormant Commerce Clause.

**RESERVATION**

PubMatic expressly and specifically reserves the right to amend this answer to add, remove, or modify defenses based on legal theories, facts, and circumstances that may or will be divulged through discovery and/or further legal analysis of Plaintiffs' position in this litigation.

WHEREFORE, PubMatic respectfully requests judgment granting the following relief:

I. Dismissing the First Amended Complaint against PubMatic with prejudice;

II. Denying Plaintiffs' request for class certification and relief;

III. Awarding PubMatic the costs of defending this action, including attorneys' fees, costs and disbursements; and

IV. Granting PubMatic such other and further relief as this Court may deem just and necessary.

Dated: February 10, 2026

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

By: /s/ Scott T. Lashway
Scott T. Lashway
(admitted pro hac vice)
Marc H. Axelbaum
Mara A. O'Malley
(admitted pro hac vice)
Mitchell J. Clough
(admitted pro hac vice)

*Attorneys for Defendant PubMatic, Inc.*